## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LOUIS FRANK TOSTO,** ) | | |
| **PLAINTIFF,** ) | | |
| ) | | |
| ) | | |
| ) | **24-cv-01669** | |
| ) | | |
| v.   ) | | |
| ) | | |
| **GREEN DOT CORPORATION,** ) | **Honorable Matthew F. Kennelly** | |
| **DEFENDANT.** ) | | |
| ) | | |

## AGREED ORDER OF DISMISSAL

The Parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

1. This case is dismissed with prejudice.
2. Each party shall bear its own attorney's fees and costs.

ENTER:

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**